**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CHRISTOPHER A. BURNETTE** **CHAPTER 13**
**CASE NO. 21-51030-KMS**

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above-referenced Debtor(s) has made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

The Trustee hereby requests that the Court Clerk hold Debtor(s) case open until all Trustee disbursement checks issued to creditors have cleared and the Trustee has filed his Final Report and Accounting.

Respectfully Submitted, this the 15TH day of SEPTEMBER 2026**.**

*/s/ Warren A Cuntz, Jr.*
Warren A. Cuntz, Jr.
Chapter 13 Trustee
P. O. Box 3749
Gulfport, MS 39505-3749
Tel: 228-831-9531
Fax: 228-831-9902