United States Bankruptcy Court
Southern District of Mississippi

In re:
Christopher A Burnette
Debtor

Case No. 21-51030-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: 3180W Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher A Burnette, 26 Bonnie Lane, Lumberton, MS 39455-5450 |
| 5054925 | + | Charles Frank Fair Barbour, Atty for Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 16852, Jackson, MS 39236-6852 |
| 5041711 | | Dovenmuehle Mortgage I, P.O. Box 0054, Palatine, IL 60055-0054 |
| 5041713 | + | Kentucky Higher Ed, P.O. Box 4869, Frankfort, KY 40604-4869 |
| 5041714 | + | Patricia Sinis, 345 Crystal Springs Rd, Waverly, TN 37185-3528 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5041709 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:23:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 5041710 | | EDI: DISCOVER | Oct 28 2026 03:23:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 5050267 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 27 2026 23:36:00 | Plaza Home Mortgage, Inc, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 5043930 | | EDI: DISCOVER | Oct 28 2026 03:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5048494 | + | Email/Text: RASEBN@raslg.com | Oct 27 2026 23:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5182639 | + | Email/Text: bankruptcy@kheslc.com | Oct 27 2026 23:36:00 | KENTUCKY HIGHER EDUCATION STUDENT LOAN CORPORATION, KHESLC, PO BOX 24328, LOUISVILLE KY 40224-0328 |
| 5188084 | | Email/Text: legaldivision@kheaa.com | Oct 27 2026 23:36:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602 |
| 5041712 | + | Email/Text: melissa.martin@kfcu.org | Oct 27 2026 23:38:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 5055635 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:42:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5043338 | + | Email/Text: BKNC@rlselaw.com | Oct 27 2026 23:38:00 | Natalie Brown, Esq., Rubin Lublin LLC, 428 North Lamar Blvd, Suite 107, Oxford, MS 38655-3221 |
| 5101845 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2026 23:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5043950 | + | Email/Text: newbk@Regions.com | Oct 27 2026 23:38:00 | Regions Bank, P.O. Box 10063, Birmingham, AL 35202-0063 |
| 5041715 | + | Email/Text: newbk@Regions.com | Oct 27 2026 23:38:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |

| | | | |
|---|---|---|---|
| 5044002 | Email/Text: newbk@Regions.com | Oct 27 2026 23:38:00 | Regions Bank, Bankruptcy Dept. BH40402B, P.O. Box 10063, Birmingham, AL 35202-0063 |
| 5041716 | + EDI: SYNC | Oct 28 2026 03:23:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| cr | | Plaza Home Mortgage, Inc. |
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper cbarbour@underwoodlawfirm.com bankruptcies@underwoodlawfirm.com |
| Eric C Miller | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Eric C Miller | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Christopher A Burnette jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Natalie Kareda Brown | on behalf of Creditor Plaza Home Mortgage Inc. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christopher A Burnette trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |

wcuntzcourt@gport13.com waccourt1@gmail.com

Wilkin Gray Hensarling
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper whensarling@logs.com logsecf@logs.com

TOTAL: 9

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher A Burnette**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−2513** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21−51030−KMS**

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Christopher A Burnette**
aka Christopher Adam Burnette

Dated: 10/27/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**